**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2126SI

_____

Billy Joe Armento, As "authorized       *
Advocate of the Moorish Science       *
Temple of America, Branch Temple     *
#43 of Iowa State Prison,"           *
                                  *

          Appellant,         *     Appeal from the United States
                                  *     District Court for the Southern
    v.                       *     District of Iowa.
                                  *

John Emmett, Security Director; Jim   *         [UNPUBLISHED]
Helling, Treatment Director; Dale     *
Vande Krol, Religious Coordinator;   *
Gerardo Acevedo; Paul Hedgepeth,   *
                                  *

          Appellees.         *

_____

Submitted: September 30, 1997
Filed: October 6, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

      Billy Joe Armento, an Iowa prison inmate, appeals an adverse grant of summary judgment in Armento's 42 U.S.C. § 1983 action against Iowa State Penitentiary officials. Armento's claim under the Religious Freedom Restoration Act is foreclosed by the recent opinion of the United States Supreme Court in City of Boerne v. Flores,

117 S. Ct. 2157, 2172 (1997). Having reviewed de novo the grant of summary judgment on Armento's remaining claims, we find no error by the district court. We also conclude that an extensive discussion is not warranted. Accordingly, we affirm the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.